IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T. CAREY, et al., | No. CIV S-07-2762-LKK-CMK |
| Plaintiffs, | |
| vs. | |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD, et al., | |
| Defendants. | |
| _____/ | |
| MICHAEL T. CAREY, et al., | No. CIV S-07-2763-LKK-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| PAUL ENJALRAN, et al., | |
| Defendants. | |
| _____/ | |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Eastern District of California Local Rule 83-123(a). Specifically, "both actions involve similar questions of fact and the same question of law. . . ." Local Rule 83-

1

123(a)(3). Because the actions are already assigned to the same district judge and magistrate judge, no reassignment of judges is necessary. The parties should be aware that no consolidation of the actions is effected by this order.

Accordingly, IT IS HEREBY ORDERED that these actions are related under Eastern District of California Local Rule 83-123(a)(3).

DATED: January 10, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2