**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL T. CAREY, et al., | No. CIV S-07-2762-LKK-CMK |
| Plaintiffs, | |
| vs. | |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD, et al., | |
| Defendants. | |
| _____/ | |
| MICHAEL T. CAREY, et al., | No. CIV S-07-2763-LKK-CMK |
| Plaintiffs, | |
| vs. | ORDER |
| PAUL ENJALRAN, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs Michael T. Carey and Leone R. Carey, who are proceeding pro se, bring these related civil actions. These matters were referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

1

1     On January 15, 2008, the magistrate judge filed findings and recommendations
2 herein which were served on the parties and which contained notice that any objections to the
3 findings and recommendations were to be filed within 20 days.  Timely objections to the
4 findings and recommendations have been filed.
5     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
6 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the
7 entire file, the court finds the findings and recommendations to be supported by the record and
8 by proper analysis.
9     Accordingly, IT IS HEREBY ORDERED that:
10    1.   The findings and recommendations filed January 15, 2008, are adopted in
11 full;  2.   These actions are dismissed, without leave to amend and with prejudice,
12 as frivolous; and
13    3.   The Clerk of the Court is directed to enter judgment in case nos. CIV-S-
14 07-2762-LKK-CMK and CIV-S-07-2763-LKK-CMK and close these files.
15 DATED: April 15, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2